**Order entered December 13, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00287-CR

**JOSEPH GLENN BEATY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-76098-T**

## ORDER

Appellant was convicted of aggravated sexual assault. In his brief, appellant refers to the victim by name. Accordingly, we **STRIKE** appellant's brief filed December 5, 2017.

We **ORDER** appellant to file, within **FIFTEEN DAYS** of the date of this order, an amended brief that identifies the victim either generically ("victim" or "complaining witness") or by initials only.

We **DIRECT** the Clerk to send copies of this order to Michael Mowla and the Dallas County District Attorney's Office.

/s/ ADA BROWN
JUSTICE